**BAKER BOTTS** L.L.P.

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

NEW YORK
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

May 19, 2023

Brendan F. Quigley
Partner
TEL: 2124082520
brendan.quigley@bakerbotts.com

**VIA ECF**
Hon. Alvin K. Hellerstein
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

/s/ Alvin Hellerstein
U.S.D.J.
May 22, 2023

Re:    *United States v. Domingo Beato Estrella*, 20 Cr. 324 (AKH)

Dear Judge Hellerstein:

We represent defendant Domingo Beato Estrella in this matter. Defense motions are currently due May 22, the government's response is due June 12, and any reply is due June 19.

We respectfully request a two-week extension of the motion deadlines. Mr. Beato Estrella was recently transferred to custody in Philadelphia, in connection with other proceedings, making it difficult to discuss a potential defense motion with him. He is expected to return to custody in New York in the near future, and the additional time will allow us to discuss with him a potential motion. The government has no objection to this request.

Under the new proposed schedule, defense motions would be due June 5, the government's opposition would be due June 26, and any reply would be due July 3, with oral argument at the Court's convenience. This is the second request for an extension of the motion deadline in this case.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ *Brendan F. Quigley*
Brendan F. Quigley

CC: Counsel of record (via ECF)

Active 72696506.1