UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :
                                    :    **ORDER REGULATING**
   -against-                        :    **PROCEEDINGS**
                                    :
                                    :    20 Cr. 324 (AKH)
                                    :
DOMINGO BEATO ESTRELLA,             :
                                    :
                         Defendant. :
                                    :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defense motions in the above-captioned matter shall be filed no later than June 5, 2023. The Government's opposition shall be filed no later than June 26, 2023, and any reply shall be filed no later than July 6, 2023. Oral argument will take place July 19, 2023 at 11:00 a.m., in Courtroom 14D. Time is excluded until July 19, 2023 in the interest of justice.

        SO ORDERED.

Dated:    May 23, 2023                   ____/s/ Alvin Hellerstein____
           New York, New York             ALVIN K. HELLERSTEIN
                                                       United States District Judge