**BAKER BOTTS** LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL +1 212.408.2500
FAX +1 212.408.2501
BakerBotts.com

AUSTIN
BRUSSELS
DALLAS
DUBAI
HOUSTON
LONDON

**NEW YORK**
PALO ALTO
RIYADH
SAN FRANCISCO
SINGAPORE
WASHINGTON

Brendan F. Quigley
Partner
TEL: 2124082520
brendan.quigley@bakerbotts.com

June 3, 2023

SO ORDERED.

/s/ Alvin Hellerstein
U.S.D.J.
June 5, 2023

**VIA ECF**
Hon. Alvin K. Hellerstein
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Domingo Beato Estrella*, 20 Cr. 324 (AKH)

Dear Judge Hellerstein:

We represent defendant Domingo Beato Estrella in this matter. Defense motions are currently due June 5, the government's response is due June 26, and any reply is due July 3.

We respectfully request a two-week extension of the motion deadlines. The government has no objection to this request. As noted in our last request for an extension, Mr. Beato Estrella was transferred to custody in Philadelphia, in connection with other proceedings, making it difficult to discuss a potential defense motion with him.

He did not return to MDC Brooklyn until on or about Wednesday, May 31, and we were not advised of his return until Wednesday, and due to prior commitments, I was unable to see him on Thursday or Friday to discuss the motion.

Under the new proposed schedule, defense motions would be due June 19, the government's opposition would be due July 10, and any reply would be due July 17, with oral argument at the Court's convenience. This is the third request for an extension of the motion deadline in this case.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ *Brendan F. Quigley*
Brendan F. Quigley

CC: Counsel of record (via ECF)

Active 72696506.1