UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                :

UNITED STATES OF AMERICA         :    **ORDER**
                                  :
              -against-              :    20 Cr. 324 (AKH)
                                  :
                                  :

DOMINGO BEATO-ESTRELLA,       :
                                  :
                  Defendant.     :

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          The Government, on or before August 17, 2023, shall file a declaration or

affidavit showing by competent proof the matters set out in its brief.  The Court will schedule

an evidentiary hearing if needed.  The parties shall appear for oral argument and a status

conference on September 14, 2023 at 10:00 a.m., in Courtroom 14D.

          SO ORDERED.

Dated:      August 10, 2022
            New York, New York                  ALVIN K. HELLERSTEIN
                                        United States District Judge

1