UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA :
: **ORDER**
:
-against- : 20 Cr. 324 (AKH)
:
:
:
DOMINGO BEATO-ESTRELLA, :
:
Defendant. :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The evidentiary hearing scheduled for October 5, 2023 is adjourned until October 16, 2023 at 10 a.m.

      SO ORDERED.

Dated:    October 3, 2023                  ____/s/ Alvin K. Hellerstein____
            New York, New York        ALVIN K. HELLERSTEIN
                                                    United States District Judge