**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2023

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Domingo Beato Estrella*, 20 Cr. 324 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes on behalf of itself and counsel for Mr. Beato-Estrella to request a 30-day adjournment of the status conference currently scheduled in the above-captioned case on December 12, 2023 at 11:00 a.m. The Government also requests that the Court exclude time between December 12 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by: /s/
Edward C. Robinson Jr.
Matthew R. Shahabian
Assistant United States Attorneys
(212) 637-1046 / 2273

cc: Brendan Quigley, Esq., (By ECF)

---

*[Handwritten endorsement:]* The conf. is adjourned, a time is excluded, to Jan. 9, 2024 at 12:00 p.m.
12-11-23
/s/ A.K. Hellerstein