**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2024

[Handwritten note: The conf. is adjourned / action is excluded / to Feb. 6, 2024, noon. / 1-8-24 /s/ AKH]

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Domingo Beato Estrella*, 20 Cr. 324 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes on behalf of itself and counsel for Mr. Beato-Estrella to request a 30-day adjournment of the status conference currently scheduled in the above-captioned case on January 9 at 12:00 p.m. The Government also requests that the Court exclude time between January 9 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

Thank you for your consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by:  /s/
Edward C. Robinson Jr.
Matthew R. Shahabian
Assistant United States Attorneys
(212) 637-1046 / 2273 .

cc:   Brendan Quigley, Esq., (By ECF)