UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

DOMINGO BEATO-ESTRELLA,

               Defendant.

---

**SCHEDULING ORDER**

20 Cr. 324 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties shall appear for a hearing regarding Mr. Beato-Estrella's representation on January 29, 2024 at 11 a.m. in Courtroom 14D. The Clerk is instructed to terminate the open motion at ECF No. 55.

      SO ORDERED.

Dated:   January 23, 2024
            New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge