UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
UNITED STATES OF AMERICA :
: **REASSIGNMENT OF**
: **COUNSEL ORDER**
-against- :
: 20 Cr. 324 (AKH)
:
:
DOMINGO BEATO-ESTRELLA, :
:
Defendant. :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

On application from Defendant Domingo Beato-Estrella, at ECF No. 55, Brendan Quigley is discharged from the case. Peter Skinner is appointed as CJA counsel.

SO ORDERED.

Dated:   January 29, 2024
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1