

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2024

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Domingo Beato Estrella*, S1 20 Cr. 324 (AKH)

Dear Judge Hellerstein:

      The Government respectfully writes on behalf of itself and counsel for Mr. Beato-Estrella to request a seven (7) day adjournment of the status conference currently scheduled in the above-captioned case on April 17, 2024 at 2:00 p.m. As this Court is aware, the parties are in the midst of negotiating a global resolution to the above-captioned case as well as the defendant's pending case in the United States District Court for the Eastern District of Pennsylvania, Indictment 23 Cr. 197, and therefore request additional time to reach a resolution. The Government also requests that the Court exclude time between April 17 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

      Respectfully submitted,

The conference is adjourned and time is excluded until 5/7/24 at 11:30am; in the interest of justice.
 /s/Alvin K. Hellerstein, U.S.D.J.
      4/15/2024

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by:  /s/
     Matthew R. Shahabian
     Assistant United States Attorney
     (212) 637-1046

cc:     Peter Skinner, Esq. (By ECF)