**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2024

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Sentencing is set for September 18, 2024 at 11:00am.
Alvin K. Hellerstein
5/9/2024]*

Re:   *United States v. Domingo Beato-Estrella*, S1 20 Cr. 324 (AKH)

Dear Judge Hellerstein:

On May 7, 2024, a change of plea hearing was conducted in this case before Magistrate Judge Gary Stein pursuant to this Court's referral. I have attached to this letter: (1) the transcript of the change of plea proceeding, (2) a Proposed Order accepting the defendant's guilty plea to Count One of the Indictment, and (3) the Government's *Pimentel* letter. The Government respectfully requests that the Court accept the defendant's plea of guilty and enter the attached Proposed Order.

The parties further request that the Court set a sentencing date 90 days out. The Government notes that Judge Stein set a control date of August 6, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Edward C. Robinson Jr.*
     Edward C. Robinson Jr.
     Assistant United States Attorneys
     212-637-2273

cc:  Counsel of Record (by ECF)