

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10007*

September 10, 2024

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing is adjourned until 12/9/24 at 11:00 a.m.

  /s/Alvin K. Hellerstein, U.S.D.J.
        9/12/2024

Re:     *United States v. Domingo Beato Estrella*, S1 20 Cr. 324, 24 Cr. 520 (AKH)

Dear Judge Hellerstein:

      The Government respectfully writes on behalf of itself and counsel for Mr. Beato-Estrella to request an adjournment of the sentencing scheduled in the above captioned case on September 18, 2024 at 11:00 a.m. As the Court is aware, the defendant has agreed to a global plea agreement (the "Global Plea Agreement") to the case captioned S1 20 Cr. 324 (for which sentencing is currently scheduled for September 18) as well as the defendant's now-transferred case from the United States District Court for the Eastern District of Pennsylvania, Indictment 23 Cr. 197. As part of the Global Plea Agreement, the defendant consented to transferring his case from the Eastern District of Pennsylvania to the Southern District of New York, and the case has now been transferred to this District and assigned to the Court under docket number 24 Cr. 520. The parties also understand that the Court has referred the change of plea hearing for docket number 24 Cr. 520 to Magistrate Court.

      Defense counsel respectfully requests, without objection from the Government, a sentencing date before the end of the year to limit the amount of time the defendant will spend at the Metropolitan Detention Center ("MDC"). Defense counsel notes that the draft Presentencing Investigation Report is completed, and what remains is the addition of the underlying offense conduct for the indictment captioned 24 Cr. 520.

Thank you for your consideration of this matter.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney
          Southern District of New York

by: /s/
      Edward C. Robinson Jr.
      Assistant United States Attorney
      (212) 637-2273

cc:    Peter Skinner, Esq. (By ECF)