UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :    **SCHEDULING ORDER**
        -against-                  :
                                   :    24 Cr. 520 (AKH)
                                   :    20 Cr. 324 (AKH)
                                   :
DOMINGO BEATO-ESTRELLA,            :
                                   :
                Defendant.         :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing of Defendant Domingo Beato-Estrella, scheduled for January 9, 2025, is adjourned to January 21, 2025 at 10:15 a.m., in Courtroom 14D.

       SO ORDERED.

Dated:    January 6, 2025           /s/ Alvin K. Hellerstein
             New York, New York      ALVIN K. HELLERSTEIN
                                          United States District Judge