UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                     :
                                             :
                                             :      **ORDER ACCEPTING PLEA**
         -against-                           :      **ALLOCUTION**
                                             :
                                             :      20 Cr. 324 (AKH)
                                             :
DOMINGO BEATO-ESTRELLA,                      :
                                             :
                    Defendant.               :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Gary Stein on May 7, 2024;

      WHEREAS a transcript of the allocution was made; and

      WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

      IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

      SO ORDERED.

Dated:    January _6_, 2025
           New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge