UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA

-against-

DOMINGO BEATO-ESTRELLA,

Defendant.

---------------------------------------------------------------- x

**ORDER APPOINTING CJA COUNSEL**

20 Cr. 324 (AKH)
24 Cr. 520 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Attorney Lauren DiChiara is appointed as CJA counsel to represent Defendant Domingo Beato-Estrella for his re-sentencing scheduled for October 7, 2026. In light of the appointment of new counsel, Defendant's time to file re-sentencing materials is extended to September 11, 2026.

SO ORDERED.

Dated: August 6, 2026
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge